UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                    Petitioner )<br>                            )<br>            V.               )<br>                            )<br>WHO'S ON FIRST INC. )<br>ROBERT PARATORE AS PRESIDENT )<br>                            )<br>               Respondent ) | M.B.D. No.<br><br>**03 MBD 10370** |

## PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael Sullivan, United States Attorney for the District of Massachusetts, state that:

1. This proceeding for the enforcement of an Internal Revenue Service Summons is brought pursuant to sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. sections 7402(b) and 7604(a).

2. Daniel McSweeney is a Revenue Officer of the Internal Revenue Service authorized to issue summonses under the Internal Revenue Laws.

3. The respondent, Who's On First Inc., Robert Paratore as President resides or is found at 21 Yawkee Way, Boston, Massachusetts 02215 within the jurisdiction of this Court.

4. Section 6020(b) of the Internal Revenue Code of 1986, 26 U.S.C., authorizes the Secretary of the Treasury, acting by his agents and employees in the Internal Revenue Service, to make a return from his own knowledge and from such information as he can obtain through testimony or otherwise for a person who fails to file a return. For the purpose of making such a return, Section 7602 authorizes the Secretary to issue a Summons to the person to appear at a time and place named in the Summons, to produce such books, papers, records or other data, and to testify, as may be relevant or material to making the return.

5. On December 3, 2002, Revenue Officer Daniel McSweeney issued, pursuant to Section 7602 of the Internal Revenue Code of 1986, a summons to Who's On First Inc., Robert Paratore as President, directing him to appear before Revenue Officer Daniel G. McSweeney at 1 Montvale Avenue, Stoneham, MA 02180 at 10:00 A.M. on January 6, 2003 and to produce for examination (and give testimony relating to) documents and financial records for the year(s) ended December 31, 2000 and December 31, 2001.

A copy of the Summons is attached to this Petition as "Exhibit A". On December 3, 2002, Revenue Officer Daniel McSweeney served the Summons on Who's On First Inc., Robert Paratore as President by by handing an attested copy of the summons to whom it was directed.. Revenue Officer Daniel McSweeney signed a certification on the face of the copy of the Summons served that it is a true and correct copy of the original.

6. Who's On First Inc., Robert Paratore as President has failed and refuses to comply with the Summons.

7. The records sought by the Summons are not now in the possession of the Internal Revenue Service, and their production by Who's On First Inc., Robert Paratore as President for examination by an officer of the Internal Revenue Service is necessary to make federal income tax returns for the year(s) ended December 31, 2000 and December 31, 2001.

WHEREFORE, the petitioners pray that:

1. Who's On First Inc., Robert Paratore as President be ordered to show cause, if any he has, why he should not obey the Summons;

2. Who's On First Inc., Robert Paratore as President be ordered to obey the Summons at a time and place to be fixed by Revenue Officer Daniel McSweeney or by any other officer of the Internal Revenue Service authorized to examine the records and take testimony; and

3. The cost of this action to be awarded to the United States.

By their attorney,

MICHAEL SULLIVAN
United States Attorney

By: _____
Anton P. Giedt
Assistant U.S. Attorney
United States Attorney's Office
United States Courthouse – Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3282



# Summons

**In the matter of** WHOS ON FIRST INC, 164 CORDAVILLE RD, ASHLAND, MA 01721

**Internal Revenue Service (Division):** Small Business/Self Employed

**Industry/Area (name or number):** 01

**Periods** 1120S FOR THE PERIODS ENDED 12/31/2000, 12/31/2001

## The Commissioner of Internal Revenue

**To** ROBERT PARATORE - PRESIDENT
**At** 164 CORDAVILLE RD, ASHLAND, MA

You are hereby summoned and required to appear before **Daniel G McSweeney**, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by the above name corporation for the year(s) **1120S FOR THE PERIODS ENDED 12/31/2000, 12/31/2001**, including but not limited to statements of receipts and sales for the year(s) ended **1120S FOR THE PERIODS ENDED 12/31/2000, 12/31/2001**, and records of deposits to bank accounts during the year(s) ended **1120S FOR THE PERIODS ENDED 12/31/2000, 12/31/2001**. Any and all other books, records, documents and receipts regarding income and any other compensation for services (including the receipt of property other than money), income derived from corporate operations, gains from dealings in property, interest, rental, royalty, and dividend income so that the liability for U.S. Small Business Corporation Income Tax Return (Form 1120S) for the calendar or fiscal year(s) ended **1120S FOR THE PERIODS ENDED 12/31/2000, 12/31/2001** (for which years no return have been made) may be determined.

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____
Signature of IRS Official Serving the Summons

**Revenue Officer, 04-04605**
Title

**Business address and telephone number of IRS officer before whom you are to appear:**

Internal Revenue Service, 1 Montvale Avenue, Stoneham, MA 02180-3567   781-835-4248

**Place and time for appearance at:** Internal Revenue Service, 1 Montvale Avenue, Stoneham, MA 02180-3567

**IRS**

on the _6th_ day of _Jany, 03_ at _10_ o'clock _a_ m.

Issued under authority of the Internal Revenue Code this _3rd_ day of _December_, _2002_

Department of the Treasury
Internal Revenue Service
www.irs.gov

_____
Signature of Issuing Officer

**Revenue Officer**
Title

Form 2039(Rev. 12-2001)
Catalog Number 21405J

_____
Signature of Approving Officer (if applicable)

Title

Part C -- to be given to noticee



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| | 12.30 |

**How Summons Was Served**

1. ☒ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

| Signature | Title |
|---|---|
| | |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last know address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonded.

☒ No notice is required.

| Signature | Title |
|---|---|
| | |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |

Form 2039 (Rev. 12-2001)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Petitioner )<br>)<br>V. )<br>)<br>WHO'S ON FIRST INC.<br>ROBERT PARATORE AS PRESIDENT )<br>)<br>    Respondent ) | M.B.D. No. |

### AFFIDAVIT OF REVENUE OFFICER

I, Daniel McSweeney, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Who's On First Inc., Robert Paratore as President, are true to the best of my knowledge and belief.

_____
Revenue Officer
Internal Revenue Service

Subscribed and sworn to before me at _Stoneham_, Massachusetts on the _8_ day of _May_, 200_3_.

_____
NOTARY PUBLIC

My Commission expires: _10/28/05_